# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Shalonda Lisa Jarvis,

        Debtor.

Case No. 24-10721-pmm

Chapter 13

## Entry of Appearance

To the Clerk of Court:

    Please enter my appearance as counsel for the debtor in this case.

Date: March 11, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael A. Cibik*
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com