# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Shalonda Lisa Jarvis, | : | Case No. 24-10721 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER TO SHOW CAUSE

AND NOW this case having been filed on March 4, 2024;

AND a Certification Concerning Credit Counseling (doc. #10) stating that the Debtor received credit counseling after, rather than before, the date of the filing, see 11 U.S.C. §109(h)(1);

AND counsel for the Debtor having received an unauthorized post-petition payment, doc. #11;

It is therefore hereby **ORDERED**, that the Debtor's counsel **SHALL APPEAR** for a hearing on **Wednesday, March 27, 2024 at 1:00 p.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why this case should not be dismissed for failure to file a timely certificate of credit counseling and why the fees received should not be disgorged.

Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

**Date: 3/12/24**

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**