**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Shalonda Lisa Jarvis, Debtor.　　　　　　　　　　　　Case No. 24-10721-pmm
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

**Supplemental Disclosure of Compensation of Attorney for Debtor**

1. Pursuant to my agreement with the debtor disclosed in my initial Disclosure of Compensation of Attorney for Debtor, I accepted payment in the amount of $500 from the debtor on March 20, 2024, which will be held in my firm's escrow account until further order of the Court.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

Date: March 21, 2024　　　　　　　　　　/s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com