## Shalonda Jarvis Online Pre-Bankruptcy Course

Rosa Reyes Santiago <rosa@creditcounselingcenter.org>

Wed 03/13/2024 3:06 PM

To:Mike Assad <mike.assad@cibiklaw.com>

Good afternoon:
Ms. Shalonda Jarvis completed her online Pre-Bankruptcy Course on 03/04/2024.  I contacted client by phone on 03/05/2024 as part of the Pre-Bankruptcy certificate process.  I did complete her case and issued the Pre- bankruptcy Certificate on 03/05/2024.

If you have any additional questions, please contact me.
Thanks!

Rosa M. Reyes Santiago
Housing & Credit Counselor
rosa@creditcounselingcenter.org
215-348-8003 ext. 106
Fax#: 215-396-8072
832 Second Street Pike
Richboro, PA 18954



*A non-profit community service organization*



**Confidentiality Notice:**  This email, including attachment(s), may contain information that is confidential or privileged.   It is intended exclusively for the individual or entity to which it is addressed.  If you have received this email in error, please immediately notify the sender by reply email or phone at 215-348-8003, and delete all copies of this communication from your computer and network. Any unauthorized review, use, disclosure or distribution of this email and/or its contents is STRICTLY PROHIBITED and may be unlawful.  Thank you.