**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| | : | |
| **Shalonda Lisa Jarvis** | : | Case No. 24-10721 (PMM) |
| | : | |
| Debtor. | : | |

**ORDER DISMISSING BANKRUPTCY CASE**

**AND NOW** a Show Cause hearing having been held and concluded on March 27, 2024 with regard to the Debtor's failure to file a timely certificate of credit counseling, <u>see</u> doc. #14;

AND for the reasons stated on the record at the hearing;

It is hereby **ORDERED** that this bankruptcy case is **dismissed**.

*Patricia M. Mayer*

**Date: 3/27/24**

                                      **PATRICIA M. MAYER**
                                      **U.S. BANKRUPTCY JUDGE**